IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PATRICK BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-00194-RWS |
| | § | |
| FAMILY DOLLAR, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant Coca-Cola Southwest Beverages LLC's Partial Motion to Dismiss (Docket No. 30) is hereby **SET** for hearing before the Court at **10 a.m. on August 12, 2025 in Texarkana, Texas**.

**So ORDERED and SIGNED this 28th day of July, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE